

# Fourth Court of Appeals
## San Antonio, Texas

July 7, 2015

No. 04-14-00915-CR

Adan **FLORES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2014CRS000311-D1
Honorable Jose A. Lopez, Judge Presiding

## O R D E R

Appellant's motion for extension of time to file his reply brief is GRANTED. Appellant's reply brief is due on July 22, 2015.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of July, 2015.

_____
Keith E. Hottle
Clerk of Court